1  LAW OFFICES OF LAURENCE F. PADWAY
   Laurence F. Padway (Bar No. CA 83914)
2  1516 Oak Street, Suite 109
   Alameda, CA 94501
3  Telephone: (510) 814-6100
   Facsimile: (510) 814-0650
4
   *Attorneys for Plaintiff*
5  SHIRLEY RIVERS

6  MANATT, PHELPS & PHILLIPS, LLP
   MARGARET LEVY (Bar No. CA 066585)
7  S. NANCY WHANG (Bar No. CA 211389)
   11355 West Olympic Boulevard
8  Los Angeles, CA 90064-1614
   Telephone: (310) 312-4000   Facsimile: (310) 312-4224
9
   *Attorneys for Defendant*
10 AMERICAN FAMILY LIFE ASSURANCE COMPANY OF
   COLUMBUS (Aflac) erroneously named and sued herein as
11 AMERICAN FAMILY LIFE ASSURANCE OF
   COLUMBUS
12

13                UNITED STATES DISTRICT COURT

14     FOR THE NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

15

| SHIRLEY RIVERS, | Case No. 05-03167 CW |
|---|---|
| Plaintiff, | ORDER GRANTING STIPULATION TO EXCUSE LEAD TRIAL COUNSEL FOR DEFENDANT FROM ATTENDING THE CASE MANAGEMENT |
| vs. | |
| AMERICAN LIFE ASSURANCE OF COLUMBUS; and DOES 1 through 100, inclusive, | |
| Defendants. | Date:      December 9, 2005<br>Time:      1:30 p.m.<br>Courtroom: 2, 4th Floor<br>Judge:     Hon. Claudia Wilken |

TO THE HONORABLE CLAUDIA WILKEN, UNITED STATES DISTRICT JUDGE:

IT IS STIPULATED by and between Plaintiff Shirley Rivers ("Plaintiff") and Defendant American Family Life Assurance Company of Columbus (Aflac) ("Defendant") (collectively the "parties"), through their respective counsels of

1  record, that lead trial counsel for Defendant be excused from attending the Case
2  Management Conference scheduled for December 9, 2005 at 1:30 p.m. and that co-
3  counsel Nancy Whang be permitted to attend in her place, or in the alternative, that
4  the Case Management Conference be continued to January 20, 2006, or as soon
5  thereafter as the Court's calendar permits, but not January 27, 2006 as lead trial
6  counsel for Defendant is not available on that date.

7      This Stipulation is based on the following:

8      1.     The Case Management Conference is currently set for December 9,
9  2005 at 1:30 p.m.

10      2.     Local Rule 16-10(a) requires lead trial counsel for each party to attend
11  the Case Management Conference unless excused by the Court.

12      3.     Lead trial counsel for Defendant will be out of the state on December
13  9 and unable to attend the Case Management Conference scheduled for December
14  9, 2005.

15      4.     Based on the foregoing, the parties agreed and now request:

- That lead trial counsel for Defendant be excused from attending the Case Management Conference and that co-counsel Nancy Whang be permitted to attend in her place; or,
- In the alternative, that the Case Management Conference be continued to January 20, 2006, or as soon thereafter as the Court's calendar permits, but not January 27, 2006 as lead trial counsel for Defendant is not available on that date.

| | |
|---|---|
| Dated:  December 7, 2005 | MANATT, PHELPS & PHILLIPS, LLP<br>MARGARET LEVY<br>S. NANCY WHANG |
| | By: /s/ S. Nancy Whang<br>S. Nancy Whang<br>Attorneys for Defendant<br>AMERICAN FAMILY LIFE<br>ASSURANCE COMPANY OF<br>COLUMBUS (Aflac) |
| Dated:  December 7, 2005 | LAW OFFICES OF LAURENCE PADWAY<br>LAURENCE PADWAY |
| | By: /s/ Laurence Padway<br>Laurence Padway<br>Attorneys for Plaintiff<br>SHIRLEY RIVERS |

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, S. Nancy Whang hereby attests that concurrence in the filing of this document has been obtained*

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

3

STIPULATION AND [PROPOSED] ORDER
CASE NO.  05-03167 CW

## ORDER

Based on the parties' stipulation, and good cause appearing,

IT IS ORDERED:

That lead trial counsel for Defendant is excused from attending the Case Management Conference and co-counsel Nancy Whang will attend the Case Management Conference; or,

Dated:   12/8/05  , 2005       /s/ CLAUDIA WILKEN
_____
Honorable Claudia Wilken
United States District Judge

40949173.2

STIPULATION AND [PROPOSED] ORDER
CASE NO. 05-03167 CW