| | |
|---|---|
| 1 | MANATT, PHELPS & PHILLIPS, LLP |
| | MARGARET LEVY (Bar No. CA 066585) |
| 2 | S. NANCY WHANG (Bar No. CA 211389) |
| | 11355 West Olympic Boulevard |
| 3 | Los Angeles, CA  90064-1614 |
| | Telephone:  (310) 312-4000 |
| 4 | Facsimile:   (310) 312-4224 |

*Attorneys for Defendant*
AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS (Aflac) erroneously named and sued herein as AMERICAN FAMILY LIFE ASSURANCE OF COLUMBUS

LAW OFFICES OF LAURENCE F. PADWAY
LAURENCE F. PADWAY (Bar No. 083914)
1516 Oak Street, Suite 109
Alameda, CA  94501
Telephone:  (510) 814-6100
Facsimile:   (510) 814-0650

*Attorneys for Plaintiff*
SHIRLEY RIVERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY RIVERS, | Case No.  CV 05-03167 CW (JL) |
| Plaintiff, | ORDER GRANTING STIPULATION DISMISSING ACTION WITH PREJUDICE |
| vs. | |
| AMERICAN LIFE ASSURANCE OF COLUMBUS; and DOES 1 through 100, inclusive, | |
| Defendants. | |

TO THE HONORABLE CLAUDIA WILKEN, U.S. DISTRICT JUDGE:

   IT IS HEREBY STIPULATED by and between Plaintiff Shirley Rivers and Defendant American Family Life Assurance Company of Columbus (Aflac), through their respective counsel of record, that the entire above-entitled action be

/ / /

1  dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil
2  Procedure, with each party to bear its own attorneys' fees and costs.
3
4
5  Dated:   May 22, 2006           LAW OFFICES OF LAURENCE F.
                                   PADWAY
6
7
                                   By:  /s/ Laurence F. Padway
8                                          LAURENCE F. PADWAY
                                   Attorneys for Plaintiff
9                                  SHIRLEY RIVERS
10
11 Dated:   May 26, 2006           MANATT, PHELPS & PHILLIPS, LLP
                                   MARGARET LEVY
12                                 S. NANCY WHANG
13
14                                 By:  /s/ S. Nancy Whang
                                           S. NANCY WHANG
15                                 Attorneys for Defendant
                                   AMERICAN FAMILY LIFE ASSURANCE
16                                 COMPANY OF COLUMBUS (AFLAC)
17
18
19                                 **ORDER**
20      IT IS SO ORDERED.
21
22
              6/1                       /s/ CLAUDIA WILKEN
23 Dated: _____, 2006   _____
                                    UNITED STATES DISTRICT JUDGE
24
25
26
27
28

Manatt, Phelps & Phillips, LLP
Attorneys At Law
Los Angeles

41002953.1                           2                **STIPULATION AND [PROPOSED]
                                                      ORDER DISMISSING ACTION
                                                      WITH PREJUDICE**